# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| **PHILLIP COOK,** | **Civil Action No.: 2:16-cv-14508-VAR-EAS** |
| **Plaintiff,** | |
| v. | **Judge Victoria A. Roberts** |
| | **Magistrate Judge Elizabeth A. Stafford** |
| **EQUIFAX INFORMATION SERVICES LLC,** | |
| **Defendant.** | |

| | |
|---|---|
| HADDAD LAW FIRM | KING & SPALDING LLP |
| Issa G. Haddad | Meryl W. Roper |
| 30600 Telegraph Rd | Kendall W. Carter |
| Suite 4280 | 1180 Peachtree Street NE |
| Bingham Farms, MI 48025 | Atlanta, GA 30309 |
| 248-633-8500 | Tel: 404-572-2495 |
| Email: issa@haddlaw.com | Fax: 404-572-5100 |
| *Attorneys for Plaintiffs* | Email: mroper@kslaw.com |
| | Email: kcarter@kslaw.com |
| | |
| | CLARK HILL PLC |
| | Jordan S. Bolton |
| | 500 Woodward Avenue, Ste. 3500 |
| | Detroit, MI  48226-3435 |
| | (313) 965-8300 |
| | Email:  JBolton@clarkhill.com |
| | *Attorneys for Defendant Equifax Information Services LLC* |

## STIPULATION AND ORDER GRANTING EXTENSION OF TIME TO RESPOND TO DISCOVERY

1

Defendant having served Interrogatories, Requests for Production of Documents, and Requests for Admission on Plaintiff on April 14, 2017 ("Defendant's First Discovery Requests"); Plaintiff having failed to respond to those requests; the parties having stipulated to the entry of the within order, as evidenced by the signatures of their respective counsel appearing below; and the Court being adequately advised in the premises:

IT IS HEREBY ORDERED that Plaintiff shall serve full and complete responses to the interrogatories contained in Defendant's First Discovery Requests and all documents requested therein no later than June 6, 2017.

SO ORDERED.

This 31ST day of May, 2017.

                               <u>S/Victoria A. Roberts</u>
                               United States District Court Judge

Stipulated to by:           */s/ Issa G. Haddad*
                               HADDAD LAW FIRM
                               Issa G. Haddad
                               30600 Telegraph Rd
                               Suite 4280
                               Bingham Farms, MI 48025
                               248-633-8500
                               Email: issa@haddlaw.com
                               Attorneys for Plaintiffs

*/s/ Meryl W. Roper*
KING & SPALDING LLP
Meryl W. Roper
Kendall W. Carter
1180 Peachtree Street NE
Atlanta, GA 30309
Tel: 404-572-2495
Fax: 404-572-5100
Email: mroper@kslaw.com
Email: kcarter@kslaw.com

CLARK HILL PLC
Jordan S. Bolton
500 Woodward Avenue, Ste. 3500
Detroit, MI  48226-3435
(313) 965-8300
Email:  JBolton@clarkhill.com
Attorneys for Defendant Equifax
Information Services LLC